**ATTACHMENT C**

**CORPORATE COMPLIANCE REPORTING**

To address any deficiencies in internal accounting controls, policies and procedures, Lafarge S.A. ("Lafarge") represents that it has undertaken, and will continue to undertake in the future, a review of its existing internal accounting controls, policies and procedures, regarding compliance with 18 U.S.C. § 2339B and other applicable anti-terrorism and sanctions laws. Where necessary and appropriate, Lafarge agrees to modify its existing compliance programs, including internal controls, compliance policies and procedures, in order to ensure that it maintains: (a) an effective system of internal accounting controls designed to ensure the making and keeping of fair and accurate books, records and accounts; and (b) a rigorous anti-terrorism and sanctions compliance program that incorporates relevant internal accounting controls, as well as policies and procedures designed to effectively detect and deter violations of 18 U.S.C. § 2339B and other applicable anti-terrorism and sanctions laws.

Lafarge represent that it has implemented and will continue to implement a compliance and ethics program designed to prevent and detect violations of 18 U.S.C. § 2339B and other applicable anti-terrorism and economic and trade sanctions laws throughout its operations, including those of its parents, affiliates and joint ventures (where possible), and that it has attempted to ensure and will continue to ensure that its agents, contractors and subcontractors whose responsibilities carry a high risk of contact with foreign terrorist organizations or other sanctions-blocked persons or assets implement similar programs.

At a minimum, this should include, but not be limited to, the following elements, to the extent they are not already part of Lafarge's existing internal controls, compliance codes, policies and procedures:

## Commitment to Compliance

1.      Lafarge will ensure that its directors and senior management provide strong, explicit and visible support and commitment to its corporate policies against violations of anti-terrorism and economic and trade sanctions laws and its compliance codes and demonstrate rigorous adherence by example.  Lafarge will also ensure that middle management, in turn, reinforce those standards and encourage employees to abide by them.  Lafarge will create and foster a culture of ethics and compliance with the law in its day-to-day operations at all levels of the company.

## Policies and Procedures

2.      Lafarge will maintain or, where necessary, develop and promulgate clearly articulated and visible corporate policies against violations of anti-terrorism and economic and trade sanctions laws and other applicable foreign law counterparts that prohibit the direct or indirect support for, or the direct or indirect financing or facilitation of, acts of terrorism, terrorists or terrorist organizations, and otherwise prohibit transactions and services involving sanctions-blocked persons and assets (collectively, the "anti-terrorism and sanctions laws"), which policies shall be memorialized in written compliance codes.

3.      Lafarge will maintain or, where necessary, develop and promulgate compliance policies and procedures designed to reduce the prospect of violations of the anti-terrorism and sanctions laws and its compliance codes, and Lafarge will take appropriate measures to encourage and support the observance of ethics and compliance policies and procedures against violation of the anti-terrorism and sanctions laws by personnel at all corporate levels.  These anti-terrorism and sanctions policies and procedures shall apply to all directors, officers and employees and, where necessary and appropriate, outside parties acting on behalf of

Lafarge in a foreign jurisdiction, including but not limited to, agents and intermediaries, consultants, representatives, distributors, teaming partners, contractors and suppliers, consortia, and joint venture partners (collectively, "agents and business partners"). Lafarge shall notify all employees that compliance with the policies and procedures is the duty of individuals at all corporate levels. Such policies and procedures shall address:

a. Due diligence regarding third-party agreements and third parties' relationships with individuals and entities listed on the U.S. Department of the Treasury Specially Designated Nationals and Blocked Persons List ("SDNs"), and U.S. State Department designated foreign terrorist organizations ("FTOs");

b. Taking reasonable and affirmative steps to ensure that any resources or funds distributed do not fund terrorism or FTOs, and to ensure that there are no transactions or services involving sanctions-blocked persons or assets, including SDNs; and

c. Taking reasonable and affirmative steps to prevent fraud that could lead to the provision of financial, technical, in-kind or other material support or resources to terrorists and FTOs, or to transactions or services involving sanctions-blocked persons and assets.

4. Lafarge will ensure that it maintains a system of financial and accounting procedures, including a system of internal controls, reasonably designed to ensure the maintenance of fair and accurate books, records and accounts. This system should be designed to provide reasonable assurances that:

a. transactions are executed in accordance with management's general or specific authorization;

b.    transactions are recorded as necessary to permit preparation of financial statements in conformity with generally accepted accounting principles or any other criteria applicable to such statements, and to maintain accountability for assets;

c.    access to assets is permitted only in accordance with management's general or specific authorization; and

d.    the recorded accountability for assets is compared with the existing assets at reasonable intervals and appropriate action is taken with respect to any differences.

*Periodic Risk-Based Review*

5.    Lafarge will maintain or, where necessary, update these compliance policies and procedures on the basis of a periodic risk assessment addressing the individual circumstances of Lafarge, in particular the anti-terrorism risks it faces, including, but not limited to, its geographical organization, industrial sectors of operation, potential clients and business partners, use of third parties, and involvement in joint venture arrangements.

6.    Lafarge shall review its anti-terrorism and sanctions compliance policies and procedures no less than annually and update them as appropriate to ensure their continued effectiveness, considering relevant developments in the field and evolving international and industry standards.

*Proper Oversight and Independence*

7.    Lafarge will assign responsibility to one or more senior corporate executives for the implementation and oversight of its anti-terrorism and sanctions compliance codes, policies and procedures. Such corporate official(s) shall have the authority to report directly to independent monitoring bodies, including internal audit, the Holcim Group Board of

Directors, or any appropriate committee of the Lafarge Board of Directors, and shall have an adequate level of stature and autonomy from management as well as sufficient resources and authority to maintain such autonomy.

*Training and Guidance*

8. Lafarge will maintain or, where necessary, implement mechanisms designed to ensure that its anti-terrorism and sanctions compliance codes, policies and procedures are effectively communicated to all directors, officers, employees and, where necessary and appropriate, agents and business partners. These mechanisms shall include: (a) periodic training for all directors and officers, all employees in positions of leadership or trust, positions that require such training (e.g., internal audit, sales, legal, compliance, finance), or positions that otherwise pose an anti-terrorism or sanctions risk to Lafarge, and, where necessary and appropriate, agents and business partners; and (b) corresponding certifications by all such directors, officers, employees, agents and business partners, certifying compliance with the training requirements. Lafarge will conduct training in a manner tailored to the audience's size, sophistication or subject matter expertise and, where appropriate and permissible, will discuss prior compliance incidents.

9. Lafarge will maintain, or where necessary establish, an effective system for providing guidance and advice to directors, officers, employees and, where necessary and appropriate, agents and business partners, about complying with Lafarge's anti-terrorism and sanctions compliance codes, policies and procedures, including when they need advice on an urgent basis or in any foreign jurisdiction in which Lafarge operates.

*Confidential Reporting and Investigations*

10. Lafarge will maintain, or where necessary establish, an effective system for internal and, where possible, confidential reporting by, and protection of, directors, officers, employees and, where appropriate, agents and business partners concerning violations of the anti-terrorism and sanctions laws or Lafarge's anti-terrorism and sanctions compliance codes, policies and procedures.

11. Lafarge will maintain, or where necessary establish, an effective and reliable process with sufficient resources for responding to, investigating and documenting allegations of violations of the anti-terrorism and sanctions laws or Lafarge's anti-terrorism and sanctions compliance codes, policies and procedures. Lafarge will handle the investigations of such complaints in an effective manner, including routing the complaints to proper personnel, conducting timely and thorough investigations, and following up with appropriate discipline where necessary.

*Personal Devices and Email Accounts*

12. Lafarge will maintain, or where necessary establish, effective policies governing the use of personal devices and third-party messaging platforms for corporate communications, will provide clear training to employees about such policies, and will enforce such policies when violations are identified.

*Enforcement and Discipline*

13.     Lafarge will maintain or, where necessary, implement mechanisms designed to effectively enforce their compliance codes, policies and procedures, including appropriately incentivizing compliance and disciplining violations.

14.     Lafarge will maintain or, where necessary institute, appropriate disciplinary procedures to address, among other things, violations of the anti-terrorism and sanctions laws and Lafarge's anti-terrorism and sanctions compliance codes, policies and procedures by Lafarge's directors, officers and employees. Such procedures should be applied consistently, fairly and in a manner commensurate with the violation, regardless of the position held by, or perceived importance of, the director, officer or employee. Lafarge shall maintain or, where necessary implement, procedures to ensure that where misconduct is discovered, reasonable steps are taken to remedy the harm resulting from such misconduct, and to ensure that appropriate steps are taken to prevent further similar misconduct, including assessing the internal controls, compliance codes, policies and procedures and making modifications necessary to ensure the overall anti-terrorism compliance program is effective.

15.     Lafarge will maintain or, where necessary institute, appropriate risk-based due diligence and compliance requirements pertaining to the retention and oversight of agents and business partners, including:

a.     properly documented due diligence pertaining to the hiring and appropriate and regular oversight of agents and business partners;

b.     informing agents and business partners of Lafarge's commitment to abiding by anti-terrorism and sanctions laws, and of the Defendants' anti-terrorism and sanctions compliance codes, policies and procedures; and

c.  seeking a reciprocal commitment from agents and business partners.  Lafarge will understand and record the business rationale for using a third party in a transaction and will conduct adequate, risk-based due diligence with respect to the risks posed by a third-party partner such as a third-party partner's reputations and relationships, if any, with blocked persons including SDNs and FTOs.  Lafarge will ensure that contract terms with third parties specifically describe the services to be performed, and prohibit the third party from transacting with SDNs, blocked persons or FTOs.  Lafarge will engage in ongoing monitoring of third-party relationships through updated due diligence, training, audits and/or annual compliance certifications by the third party.

16.  Where necessary and appropriate, Lafarge will include standard provisions in agreements, contracts and renewals thereof with agents and business partners that are reasonably calculated to prevent violations of the anti-terrorism and sanctions laws, which may, depending upon the circumstances, include:  (a) anti-terrorism and sanctions representations and undertakings relating to compliance with the anti-terrorism and sanctions laws; (b) rights to conduct audits of the books and records of the agent or business partner to ensure compliance with the foregoing; and (c) rights to terminate an agent or business partner as a result of any breach of the anti-terrorism and sanctions laws, Lafarge's compliance codes, policies or procedures, or the representations and undertakings related to such matters.

*Mergers and Acquisitions*

17.  Lafarge will maintain or, where necessary, develop and implement policies and procedures for mergers and acquisitions requiring that Lafarge conduct appropriate risk-based due diligence on potential new business entities, including appropriate anti-terrorism and sanctions due diligence by legal, accounting and compliance personnel.  Such risk-based due

diligence will include, in addition to objective measurements of risk, consideration of subjective risk factors.

18.     Lafarge will ensure that its compliance codes, policies and procedures regarding the anti-terrorism and sanctions laws apply as quickly as is practicable to newly acquired businesses or entities merged with Lafarge and will promptly:

a.     train the directors, officers and employees, and, where necessary and appropriate, agents and business partners on the anti-terrorism and sanctions laws and Lafarge's compliance codes, policies and procedures regarding anti-terrorism and sanctions laws; and

b.     where warranted, conduct an anti-terrorism and sanctions-specific risk review and, where necessary, audit of all newly acquired or merged businesses as quickly as practicable.

*Monitoring, Testing and Remediation*

19.     In order to ensure that their compliance programs do not become stale, Lafarge will conduct periodic reviews and testing of its anti-terrorism and sanctions compliance codes, policies and procedures designed to evaluate and improve their effectiveness in preventing and detecting violations of anti-terrorism and sanctions laws and Lafarge's anti-terrorism and sanctions codes, policies and procedures, taking into account relevant developments in the field and evolving international and industry standards. Lafarge will ensure that compliance and control personnel have sufficient direct or indirect access to relevant sources of data to allow for timely and effective monitoring and/or testing of transactions. Based on such review and testing and its analysis of any prior misconduct, Lafarge will conduct a thoughtful root cause analysis and timely and appropriately remediate to address the root causes.