# ATTACHMENT D
## REPORTING REQUIREMENTS

Lafarge S.A. ("Lafarge") agrees to report to the United States Attorney's Office for the Eastern District of New York ("the Office") and the National Security Division of the United States Department of Justice ("NSD") periodically, at no less than twelve-month intervals during a three-year term, regarding remediation and implementation of the compliance program and internal controls, policies and procedures described in Attachment C. During this three-year term, Lafarge shall: (1) conduct an initial review and submit an initial report, and (2) conduct and prepare at least two follow-up reviews and reports, as described below:

1. By no later than one year from the date this Agreement is executed, Lafarge shall submit to the Office and NSD a written report setting forth a complete description of its remediation efforts to date, its proposals reasonably designed to improve its internal controls, policies and procedures for ensuring compliance with 18 U.S.C. § 2339B and other applicable anti-terrorism laws, and the proposed scope of the subsequent reviews. The report shall be transmitted to the Chief of the National Security & Cybercrime Section, United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 and the Assistant Attorney General for the National Security Division, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. Lafarge may extend the period for issuance of the report with prior written approval of the Office and NSD.

2. Lafarge shall undertake at least two follow-up reviews and reports incorporating the Office's and NSD's views on Lafarge's prior reviews and reports, to further monitor and assess whether Lafarge's policies and procedures are reasonably designed to detect and prevent violations of 18 U.S.C. § 2339B and other applicable anti-terrorism laws.

3.      The first follow-up review and report shall be completed by no later than one year after the initial report is submitted to the Office and NSD.  The second follow-up review and report shall be completed and delivered to the Office and NSD no later than thirty days before the end of the three-year term described in Paragraph 1.

4.      The reports will likely include proprietary, financial, confidential and competitive business information.  Moreover, public disclosure of the reports could discourage cooperation, impede pending or potential government investigations and thus undermine the objectives of the reporting requirement.  For these reasons, among others, the reports and the contents thereof are intended to remain and shall remain non-public, except as otherwise agreed to by the parties in writing, or except to the extent that the Office and NSD determine in their sole discretion that disclosure would be in furtherance of the Office's and NSD's discharge of their duties and responsibilities or is otherwise required by law.

5.      Lafarge may extend the period for submission of any of the follow-up reports with prior written approval of the Office and NSD.