**ATTACHMENT E**

**CERTIFICATION**

To:     United States Attorney's Office
        Eastern District of New York
        Attention: Chief, National Security & Cybercrime Section

        National Security Division
        United States Department of Justice
        Attention: Assistant Attorney General, National Security Division

Re:     Plea Agreement Disclosure Certification

The undersigned certify, pursuant to Paragraph 15 of the Plea Agreement (the "Agreement") filed on October 18, 2022, in the U.S. District Court for the Eastern District of New York, by and between the United States and Lafarge S.A. ("Lafarge") and Lafarge Cement Syria S.A. ("LCS" and collectively with Lafarge, the "Companies"), that undersigned is aware of the Companies' disclosure obligations under Paragraph 15 of the Agreement and that undersigned has disclosed to the United States Attorney's Office for the Eastern District of New York (the "Office") and the United States Department of Justice, National Security Division ("NSD") any and all evidence or allegations of conduct required pursuant to Paragraph 15 of the Agreement, which includes evidence or allegations that may constitute a violation of 18 U.S.C. § 2339B and other applicable anti-terrorism and sanctions laws without regard to whether the conduct occurred within or outside the jurisdiction, including the extra-territorial jurisdiction, of the United States ("Disclosable Information"). This obligation to disclose information extends to any and all Disclosable Information that has been identified through the Companies' compliance and controls program, whistleblower channel, internal audit reports, due diligence procedures, investigation process or other processes. The undersigned further acknowledge and agree that the reporting requirement contained in Paragraph 15 and the representations contained in this certification constitute a significant and important component of the Agreement and of the Office's and NSD's determination as to whether the Companies have satisfied their obligations under the Agreement.

The undersigned hereby certifies, respectively, that she is the Chair of the Board of Directors of Lafarge, and has been duly authorized by Lafarge to sign this Certification on behalf of the Companies.

This Certification shall constitute a material statement and representation by the undersigned and by, on behalf of, and for the benefit of the Companies to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation shall be deemed to have been made in the Eastern District of New York. This Certification shall also constitute a record, document and tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519,

and such record, document and tangible object shall be deemed to have been made in the Eastern District of New York.

By: _____ Dated: _____

Magali Anderson
Chair of the Board of Directors and
Chief Executive Officer
Lafarge S.A.